AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Victor ARROYO aka King Vicious

**WARRANT FOR ARREST**

CASE NUMBER: 04-10053-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        Victor ARROYO aka King Vicious
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRARCY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF COCAINE BASE A SCHEDULE II CONTROLLED SUBSTANCE AND CONSPIRARCY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF HEROIN A SCHEDULE I CONTROLLED SUBSTANCE AND

in violation of Title ___21___ United States Code, Section(s) 846, 841 AND 18 USC 2

Sheila Diskes                             Supervisor
Name of Issuing Officer                    Title of Issuing Officer

[signature]                                02-19-2004   BOSTON, MASSACHUSETTS
Signature of Issuing Officer               Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY FBI
NAME ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/25/2

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Victor ARROYO aka King Vicious

ALIAS: _____

LAST KNOWN RESIDENCE: 5 WASHINGTON WAY, LAWRENCE, MA

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): 00-00-1977

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 9768

HEIGHT: 6'3"                    WEIGHT: 164

SEX: MALE                       RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____