UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10053-RCL

UNITED STATES OF AMERICA

v.

VICTOR ARROYO,
ANGEL LUIS RIVERA, and
ONIX FIGUEROA

## FURTHER ORDER ON EXCLUDABLE TIME

April 16, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 6, 2004 - June 30, 2004,

that being the date the last order of excludable time expired through the date of the next status conference.

Based upon the prior order of this court dated March 9, 2004, and this order, at the time of the Final Status Conference on June 30, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge