UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Criminal No. 04-10053-RCL |
| ) | |
| ) | |
| VICTOR ARROYO ET AL       ) | |

## JOINT STATUS REPORT

Pursuant to Local Rule 116.5(A), the parties are hereby jointly filing the following status report prepared in connection with the initial status conference scheduled for April 16, 2004.

1. Local Rule 116.3 Timing Requirements

The defendants are each requesting an additional 30 days to file their discovery letter. The government does not oppose this request provided that the intervening time is excluded. The parties are not presently requesting an additional relief from the timing requirements of Local Rule 116.3.

2. Expert Discovery

The government anticipates that, unless there is a stipulation regarding the drugs involved in this case, it will offer expert testimony regarding the drugs at issue. The defendants are reserving the right to seek such discovery (and to call their own experts) pending disclosure of trial witnesses by the government.

3. Additional Discovery

The government does not anticipate providing substantial

additional discovery other than additional certifications as they are received from the laboratory and expert disclosures as may be requested as specified in paragraph 1, above. If additional discoverable reports relevant to this investigation are received, however, they will be produced.

4. Motion Date

The parties are jointly requesting that June 30, 2004 be set as the date for discovery motions to be filed and are requesting that the time between the July 7, 2004 and the date of the Final Status Conference be excluded from all Speedy Trial Act calculations.

5. Speedy Trial Act Calculations

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and agree that the following periods are excludable:

| | |
|---|---|
| 2/24/04-3/29/04 | Government's motion for detention |
| 3/9/04-4/6/04 | Order for exclusion entered 3/4/04 |
| 4/6/04- Final Status | Excluded at the request of all parties in the interest of justice as set forth above. |

As of the Final Status Conference, 0 days will have been counted and 70 days will remain under the Speedy Trial Act.

6. Anticipated Trial

The parties believe that it is too early to determine whether a trial in this matter will be required.

7. <u>Final Status Conference</u>

The parties request that a Final Status Conference be scheduled for July 7, 2004 or as soon thereafter as is convenient for the court.

```
                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        UNITED STATES ATTORNEY


                 By:    _____
                        JOHN A. WORTMANN, JR.
                        PETER B. LEVITT
                        Assistant U.S. Attorneys
                        One Courthouse Way
                        Boston, MA
                        (617) 748-3207
                        _____
                        ELLIOT WEINSTEIN
                        228 Lewis Wharf
                        Boton, MA 02110
                        (617) 367-9334
                        Attorneys for Victor Arroyo

                        _____
                        TRACY MINER
                        JESSICA C. LOWNEY
                        One Financial Center
                        Boston, MA 02111
                        (617) 542-6000
                        Attorneys for Angel Rivera

                        _____
                        JOHN R. VALERIO
                        10 Main St. Suite L-9
                        Andover, MA 01810
                        978-749-3600
                        Attorneys for Onix Figueroa
```