UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10053-RCL

UNITED STATES OF AMERICA

v.

VICTOR ARROYO,
ANGEL LUIS RIVERA, and
ONIX FIGUEROA

**FURTHER ORDER ON EXCLUDABLE TIME**

June 30, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

June 30, 2004 - September 15, 2004

that being the time between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of this court dated March 9, 2004, April 16, 2004 and this order, at the time of the Final Status Conference on September 15, 2004, there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

                                                     / s / Judith Gail Dein
                                                   JUDITH GAIL DEIN
                                                   United States Magistrate Judge