UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10053-RCL

UNITED STATES OF AMERICA

v.

VICTOR ARROYO,
ONIX FIGUEROA

## FURTHER ORDER ON EXCLUDABLE TIME

September 15, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

September 15, 2004 - October 25, 2004

that being the time between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of this court dated March 9, 2004, April 16, 2004, June 30, 2004 and this order, at the time of the Final Status Conference on October 25, 2004, there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge